11:45 AM **1-09-48299-cec**　　　Pamela A. Rodgers　　　　　Gregory Messer
　　Ch 7
　　Trustee: Messer

**Matter:** **[19] Motion to Dismiss Case for failure to appear at a 341a meeting**
**Courtroom Deputy Notes:**

| | | | | | |
|---|---|---|---|---|---|
| [ ] | Appearance Debtor/Tr/Ust | [X] | Granted | [ ] | Settled |
| [ ] | Appearance Debtor's/Trustee's Counsel | [ ] | Denied | [ ] | Settle Conditional Order |
| [ ] | No Appearance Debtor/Tr/Ust | [ ] | Marked Off | [ ] | Submit Order |
| [ ] | Appearance Movant/Pltf/Deft | [X] | Dismissed | [ ] | Settle Order |
| [ ] | Appearance Movant/Pltf/Deft Counsel | [ ] | Withdrawn | [ ] | Submit Order & Judgment |
| [ ] | No Appearance Movant/Pltf/Deft | [X] | So Ordered | [ ] | Order Signed |
| [ ] | No Appearance Either Side | [X] | Hearing Held | [ ] | Court to Issue Order |
| [ ] | Other | [X] | No Opposition | [ ] | Adjourned to _____ |

*S/CARLA E CRAIG*